```
I HEREBY CERTIFY THAT THIS
DOCUMENT WAS SERVED BY FIRST
CLASS MAIL, POSTAGE PREPAID, TO
(SEE BELOW) AT THEIR RESPECTIVE
MOST RECENT ADDRESS OF RECORD IN
THIS ACTION ON THIS DATE

TO:      DATE:    DEPUTY CLERK:

Plaintiff 1/13/2016 by DV
```



FILED
CLERK, U.S. DISTRICT COURT

1/13/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DE VONNE RAY SR., <br><br> Plaintiff, <br><br> v. <br><br> R. WARNER et al., <br><br> Defendant. | No. SA CV 15-01242-JLS (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint and first amended complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case without prejudice.

Dated: January 12, 2016



_____
JOSEPHINE L. STATON
United States District Judge