JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:    DATE:    DEPUTY CLERK:

Plaintiff 1/13/2016 by DV

FILED
CLERK, U.S. DISTRICT COURT

1/13/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DE VONNE RAY SR., <br><br> Plaintiff, <br><br> v. <br><br> R. WARNER et al., <br><br> Defendants. | No. SA CV 15-01242-JLS (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 12, 2016

_____
JOSEPHINE L. STATON
United States District Judge